EXHIBIT "A"



# SUBCONTRACTOR
# MASTER SERVICES AGREEMENT

THIS SUBCONTRACTOR MASTER SERVICES AGREEMENT ("Agreement") is entered into Sep 1, 2014 (the "Effective Date") between **UST Global Inc** ("UST Global"), a Delaware corporation with its corporate offices at 20 Enterprise, 4th Floor, Aliso Viejo, CA 92656 and having Employer Identification number 26-1539797, and B12 Consulting LLC ("Subcontractor"), a Texas Corporation with its corporate offices at 15950 Dallas Pkwy, Suite 400, Dallas, TX 75248, having Employer Identification number 46-2313768.

WHEREAS Subcontractor has a team of qualified computer professionals able to provide technical support services ("Subcontractor Personnel").

WHEREAS UST Global has client(s) (each a "UST Global Client") that require certain technical skills for which UST Global may contract with Subcontractor for services to be performed by Subcontractor Personnel.

1. **Duties & Responsibilities of Subcontractor**
   A. UST Global hereby appoints Subcontractor on a non-exclusive basis, to provide professional services work on information systems software ("Services") as detailed in a UST Global signed Statement of Work ("SOW") in the form shown in **Exhibit A**, which shall be prepared for every Subcontractor Personnel engaged by UST Global. Subcontractor Personnel are any and all employees, independent contractors, or affiliates of Subcontractor assigned to perform Services on behalf of Subcontractor. Each such SOW shall become effective once signed by authorized signatories of UST Global and Subcontractor; unauthorized signature shall not constitute UST Global acceptance of the SOW. Subcontractor hereby accepts such appointment and agrees to promote UST Global products and name to the UST Global Client and to otherwise cause the assigned work to be completed in an efficient and professional manner in accordance with all applicable Federal, state and local laws, ordinances and regulations.
   B. Subcontractor shall employ and provide for work on the Project, at all times during the term of this Agreement. Subject to the provisions contained herein, Subcontractor shall have and retain sole control of and authority over each Subcontractor Personnel, including, but not limited to control over the remuneration paid to each Subcontractor Personnel, whether in the form of salary or otherwise.
   C. Subcontractor and Subcontractor Personnel shall follow at all times the then current UST Global policies and procedures, including the UST Global Code of Conduct.
   D. UNLESS OTHERWISE AGREED BY BOTH PARTIES IN A SOW, SUBCONTRACTOR AGREES TO PROVIDE COMPUTING HARDWARE, SOFTWARE AND OTHER APPROPRIATE WORK TOOLS TO BE UTILIZED BY SUBCONTRACTOR PERSONNEL IN PROVIDING PROFESSIONAL SERVICES UNDER THIS AGREEMENT. Subcontractor shall maintain or cause to be maintained any and all licenses required to be maintained by Subcontractor and / or the Subcontractor Personnel.
   E. Subcontractor shall provide UST Global with emergency contact information where a Subcontractor representative can be reached immediately in the event of an emergency regarding Subcontractor Personnel.

2. **Term**
   The term of this Agreement shall commence on the Effective Date and shall remain in effect until terminated by either party pursuant to Section 3.

3. **Termination**
   A. <u>Termination for Convenience</u>. This Agreement and any SOW entered into hereunder may be terminated in its entirety for any reason (i) by UST Global upon five (5) business days' prior written notice to Subcontractor or (ii) by Subcontractor upon ninety (90) days prior written notice to UST Global. Notwithstanding the anything to the contrary, Subcontractor may withdraw Subcontractor Personnel from work immediately without UST Global's approval before the conclusion of an SOW upon: (i) the

Case 8:20-cv-01773-JVS-JDE  Document 1-1  Filed 09/17/20  Page 3 of 17  Page ID #:9



Subcontractor Personnel's resignation of employment with Subcontractor for any reason or (ii) the Subcontractor Personnel's illness or death or any other cause beyond Subcontractor's control or (iii) if Subcontractor, in its professional opinion, observes that the Subcontractor Personnel's performance is not at a level required for the performance of such Subcontractor Personnel's services hereunder (provided that Subcontractor shall promptly discuss the issue with UST Global before taking action to remove such Subcontractor Personnel) ("Permitted Removal").

B. <u>Termination for Change in Business</u>. Unless otherwise agreed in writing, this Agreement shall automatically terminate immediately if Subcontractor (i) ceases doing business, (ii) sells its entire business, or (iii) becomes financially insolvent.

C. <u>Termination by UST Global Client</u>. Notwithstanding Section 3(A), if the UST Global Client that is the end-client under a SOW terminates their contract with UST Global for the services provided through the SOW or instructs UST Global to remove Subcontractor Personnel assigned pursuant to an SOW, then UST Global will notify Subcontractor of such termination or removal after UST Global receives said notice from the UST Global Client; this notice will state the date of termination of such SOW or removal, which may be immediate.

D. <u>Effect of Termination</u>. Upon termination, subject to 3(E), Subcontractor will be entitled to compensation for all professional services already performed pursuant to the applicable SOW(s), provided Subcontractor submits a proper invoice for such services pursuant to this Agreement. Notwithstanding the foregoing, if the UST Global Client that is the end-client under the applicable SOW requires UST Global to refund payment for services rendered by such Subcontractor Personnel as a result of such Subcontractor Personnel ceasing to work for Subcontractor, then upon mutual agreement by both parties Subcontractor will refund to UST Global an appropriate credit or payment; UST Global will provide supporting documentation to Subcontractor to validate this request and provide details useful in determining the appropriate credit or payment due to UST Global from Subcontractor.

E. <u>Knowledge Transfer</u>. Subcontractor will use commercially reasonable efforts to ensure that Subcontractor Personnel are available for knowledge transfer and transition for up to five (5) working days at Subcontractor's sole expense, upon termination of this Agreement or any SOW or any Subcontractor Personnel ceasing to work under a SOW or expressing an intent to cease to work for Subcontractor during the term of a SOW. For the avoidance of doubt, this section will not apply to Permitted Removal except to the extent within Subcontractor's control.

4. **Fee Schedule**

A. UST Global agrees to pay Subcontractor for the performance of the services detailed in a fully executed SOW. Under this Agreement, a Work Day consisting of eight (8) hours dedicated to the work detailed on a SOW, during the UST Global Client's normal business hours, and a forty (40) hour work week (Monday through Friday, excluding UST Global Client celebrated holidays), unless otherwise defined in a SOW.

B. Subcontractor will be paid for actual Work Day worked on the specified assignment, or portion thereof. A Work Day excludes Subcontractor's mealtime and any other time during which Subcontractor is not working for any reason whatsoever, including, but not limited to, completion of the assigned work, illness, vacation or personal time off. To be compensated for any hours worked other than during the normal Work Day, Subcontractor must obtain prior authorization from UST Global management. If additional hours of work are authorized by UST Global management, Subcontractor will be paid for such time actually worked on the basis of the agreed upon rate (prorated for partial Work Day worked).

C. Subcontractor Personnel may be required to undertake reasonable travel upon the specific request of UST Global or the UST Global Client for the performance of work under this Agreement. All such travel shall be in accordance with the UST Global policies governing travel and business expenses, or the UST Global Client policy, if applicable. If pre-approved in writing by authorized UST Global management, the cost of documented travel, associated meals, lodging, and similar out-of-pocket expenses borne by Subcontractor will be reimbursed by UST Global at actual cost. Subcontractor will include with its invoices copies of the receipts for all out-of-pocket expenses, as evidence of expenses incurred.

UST Global Inc
Proprietary & Confidential – Subcontractor MSA v2102012                                        Page 2 of 16



5. **Invoicing/Payment for Services Rendered**
   A. Subcontractor will invoice UST Global on the 1st and 16th of every month for services rendered to UST Global and/or UST Global Client for the contracted professional services rendered in the preceding period. Each such invoice must be supported by a completed Timesheet signed and dated by the Subcontractor's representative and similarly executed by the UST Global authorized representative. Timesheets submitted by Subcontractor that are not so confirmed by UST Global will not support any invoice submitted by Subcontractor to UST Global.
   B. Subcontractor will use UST Global's Invoice Tracking System (ITS) as detailed in **Exhibit B** to this Agreement or the then current invoice management process or system used by UST Global in the applicable country or region. UST Global shall be responsible for payment of all compensation due to the Subcontractor within 30 days of the original invoice being entered by Subcontractor into ITS or other pre-approved UST Global invoice management process or system. Each Subcontractor invoice must be accompanied by a dated timesheet signed by the authorized UST Global representative on the project. UST Global will not initiate payment processing until the Subcontractor's invoice is submitted through ITS or other pre-approved UST Global invoice management process or system. The Subcontractor will be provided with a user name and password to gain access to ITS. Notwithstanding the aforementioned payment obligations, any charges for Services, Deliverables, or expenses or taxes not properly invoiced to UST Global within ninety (90) days after such Service or Deliverables are provided will be waived by Subcontractor.

6. **Title and Licensing**
   Unless otherwise specified, all materials and products developed under this Agreement by Subcontractor's Personnel are the property of UST Global and/or UST Global Client, as applicable. In the event of termination, Subcontractor shall immediately upon the effective date thereof turn over to UST Global or the UST Global Client all materials developed in the performance of the applicable SOW, including, but not limited to, working papers, narrative descriptions, reports, data, etc. Further, Subcontractor grants UST Global and UST Global Client(s) for whom Subcontractor provides Work or Deliverables developed under this Agreement a fully paid, royalty-free, irrevocable, perpetual, unlimited, worldwide, non-exclusive license to all materials and products not developed under this Agreement but provided during performance of services hereunder.

7. **Non-Interference**
   A. UST Global and Subcontractor acknowledge and agree that Subcontractor and its Subcontractor Personnel will acquire Confidential Information and other knowledge and information concerning the business of UST Global and its affiliates and concerning the business of the UST Global Client end-client of each SOW as the result of this Agreement. UST Global and Subcontractor further acknowledge and agree that the scope of the business in which UST Global is engaged is very competitive and is one in which few companies can successfully compete. Competition by Subcontractor and / or its Subcontractor Personnel in any aspect of UST Global's business after this Agreement is terminated for any reason would severely injure UST Global. Accordingly, Subcontractor agrees that, while performing services under this Agreement, and for a period of twenty-four (24) months following the termination of this Agreement, the Subcontractor will not, in any manner, either directly or indirectly, solicit or offer or agree to perform any other services for a UST Global Client first introduced to Subcontractor by UST Global, except through UST Global.
   B. If the parties wish to explore business opportunities and/or sales pursuits ("Pursuits") of mutual interest in connection with UST's business and various UST Global Clients and/or prospective clients, Subcontractor agrees that neither it nor its personnel will, in any manner, either directly or indirectly, solicit or offer or agree to perform any services for a UST Global Client or UST Global prospective client introduced to Subcontractor in furtherance of the Pursuits without obtaining prior approval from UST, which may be withheld in UST's sole discretion.
   C. This Section 7 shall survive the termination and expiration of this Agreement.



8. **Right to Hire**

   A. <u>BY SUBCONTRACTOR</u>. DURING THE TERM OF THIS AGREEMENT AND FOR THE TWELVE (12) MONTHS IMMEDIATELY FOLLOWING TERMINATION OF THIS AGREEMENT (THE "NON-SOLICITATION PERIOD"), SUBCONTRACTOR AND SUBCONTRACTOR PERSONNEL SHALL NOT, DIRECTLY OR INDIRECTLY, INTENTIONALLY SOLICIT FOR HIRE OR CONTRACT, OR HIRE OR CONTRACT WITH, ANY UST GLOBAL OR UST GLOBAL CLIENT EMPLOYEE OR PERSONNEL.

   B. <u>BY UST GLOBAL</u>. UNLESS STATED OTHERWISE IN A SOW, DURING THE TERM OF THIS AGREEMENT, UST GLOBAL OR UST GLOBAL CLIENT SHALL HAVE THE RIGHT TO HIRE UP TO TEN PERCENT (10%) OF SUBCONTRACTOR PERSONNEL PROVIDING SERVICES HEREUNDER EACH CALENDAR YEAR FOR A MUTUALLY AGREED UPON CONVERSION FEE. THE PARTIES AGREE THAT SUCH CONVERSION FEE SHALL BE SUBJECT TO THE FOLLOWING RESTRICTIONS: (1) IT SHALL NOT EXCEED TWELVE PERCENT (12%) AT ANY TIME AND (2) IT SHALL BE ZERO PERCENT (0%) IF SUBCONTRACTOR PERSONNEL HAS PERFORMED SERVICES FOR UST GLOBAL FOR OVER ONE HUNDRED EIGHTY (180) DAYS. UST GLOBAL RESERVES THE RIGHT TO ADJUST THESE RESTRICTIONS FROM TIME TO TIME TO REFLECT INDUSTRY STANDARDS. THE CONVERSION FEE SHALL BE BASED ON THE ANNUALIZED STARTING BASE SALARY (EXCLUDING BONUSES, INCENTIVE COMPENSATION, BENEFITS AND ALL OTHER AMOUNTS) AT TIME OF HIRE.

   C. The term of this Section 8 shall survive the termination of this Agreement.

9. **Confidential Information**

   A. "Confidential Information" as used herein shall mean, with respect to each of UST Global and Subcontractor, information that is (1) disclosed or obtained by the other during the course of Services being provided under this Agreement or in connection with Pursuits, if any, (2) non-public and (3) of a nature that it should be known to be proprietary and/or confidential, such as know-how, trade secrets, tools, methods, techniques, designs, computer source code, employee information, pricing information, personnel compensation, financial information and business strategies. For the avoidance of doubt, Confidential Information includes information about a UST Global Client that is obtained by Subcontractor or Subcontractor Personnel during the Term of this Agreement. However, Confidential Information shall not include information that was rightfully in the possession of the other prior to disclosure, information in the public domain, information received from a third party not under any obligation of confidentiality or information independently developed by the other party.

   B. UST Global and Subcontractor agree to hold all Confidential Information in trust and confidence, not to disclose Confidential Information except to those of its respective employees, consultants and legal counsel as may be required to carry out or enforce the terms and conditions of this Agreement, and not to use Confidential Information except in connection with the Services provided hereunder. UST and Client agree to make diligent efforts to maintain the secrecy of all Confidential Information with the same degree of care that it uses with respect to its own, which shall not fall below a reasonable degree of care.

   C. The parties agree that disclosure or use of Confidential Information in breach of this Section 9 may give rise to irreparable harm to the injured party and acknowledge that remedies other than injunctive relief may not be adequate. Accordingly, each party has the right to seek equitable and injunctive relief to prevent the unauthorized disclosure or use of any of its Confidential Information, as well as to seek appropriate monetary damages.

   D. The provisions of this Section 9 shall survive the termination of this Agreement.

10. **Network Access and Security**

    A. To the extent that Subcontractor or Subcontractor Personnel are using Subcontractor computers and are given access to a UST Global or UST Global Client network, computer or electronic data storage system



("Access"), Subcontractor shall use its best efforts to ensure that (a) Access is restricted to authorized employees; (b) Access is used solely for purposes agreed to under the applicable SOW; (c) Access is obtained through a secure connection; and (d) Subcontractor does not access any UST Global or third party (including UST Global Client) systems, databases, equipment or software unless required under the applicable SOW. When given Access Subcontractor will also conduct periodic security audits of its access system and methods and will change authentication elements periodically to maintain the integrity and security of its Access.

B. If Subcontractor is given access to a UST Global network, UST Global will assign all Subcontractor Personnel requiring access a user identification number and password. All user identification numbers and passwords disclosed to Subcontractor and any UST Global information obtained by Subcontractor as a result of Subcontractor's access to, and use of, Vendor computer and electronic storage systems shall be deemed to be, and shall be treated as, UST Global Confidential Information and UST Global Proprietary Information. All user identifications and passwords will be valid for ninety (90) days, but may be extended upon mutual agreement of Subcontractor and UST Global in a signed writing.

C. Subcontractor shall cooperate with UST Global and any applicable UST Global Client in the investigation of any suspected unauthorized Access by Subcontractor or Subcontractor Personnel or unauthorized release of UST Global Confidential Information or UST Global Proprietary Information.

**11. Background Checks**

Subcontractor shall ensure that background checks that meet or exceed UST Global's Background Check Policy in **Exhibit C** are performed by Subcontractor on all Subcontractor Personnel, at Subcontractor's sole cost, prior to the initiation of Services under this Agreement or any SOW and prior to being granted access to any UST Global or UST Global Client system, confidential data, or facility. Subcontractor Personnel will not be permitted to perform Services under this Agreement without successfully passing such background checks and such additional background check requirements as set forth in a particular SOW as a UST Global Client requirement.

D. Refund / Set-Off. If Subcontractor Personnel are provided by Subcontractor that do not meet the background check requirements under UST Global's Background Check Policy in **Exhibit C** and such additional background check requirements as set forth in a particular SOW, UST Global shall have a right to a full refund from Subcontractor (or set-off from amounts owed) for all fees attributable to such Subcontractor Personnel and any and all costs incurred by UST Global in UST Global's investigation of such background check violation by Subcontractor.

**12. Independent Contractor Status**

Subcontractor Personnel are independent contractors and shall not be deemed to be employed by UST Global nor any UST Global Client. UST Global shall not provide insurance coverage of any kind for Subcontractor Personnel. UST Global will not withhold any amount from payment for Subcontractor Personnel that would normally be withheld from an employee's pay. UST Global shall not withhold Social Security, Federal, State, or City/Local taxes. The Subcontractor will be responsible for its personnel, including payment of applicable taxes and employment benefits.

**13. Performance**

Subcontractor will make available its Subcontractor Personnel for telephonic technical interview with UST Global Client. Wherever appropriate, performance guarantee may have to be provided by Subcontractor for its Subcontractor Personnel. If for some reason Subcontractor Personnel terminate voluntarily or involuntarily during the assignment, Subcontractor will replace the Subcontractor Personnel with a suitable replacement within a reasonable time.

**14. Indemnification**

A. General Indemnification. Each party (the "Indemnitor") shall indemnify the other party (the "Indemnitee") and hold Indemnitee harmless from any and all claims, demands, causes of action, losses, damages,



liabilities, costs and expenses, including attorneys' fees arising from (i) the breach of any of its warranties or obligations under this Agreement, (ii) the death or injury of any person or persons, including personnel of Indemnitor, except to the extent caused by gross negligence or willful misconduct of the Indemnitee, or (iii) the damage or destruction of any physical property or properties, or (iv) any act or omission attributable to or resulting from the performance of this Agreement by Indemnitor.

B. Intellectual Property Indemnification.

1. Scope. Subcontractor shall defend, indemnify, and hold UST Global harmless, at Subcontractor's expense, from any claim or proceeding brought against UST Global for any infringement of a U.S. patent, trademark, or copyright right relating to or arising out of the Deliverables; provided, however that UST Global gives Subcontractor prompt written notice of such claim and provides Subcontractor all reasonable assistance requested by Subcontractor in connection with such defense or settlement.

2. Repair, Replacement or Refund. If any patent, trademark, or copyright infringement claim which Subcontractor is obligated to defend under this Section has occurred, or in Subcontractor's opinion is likely to occur, in addition to the obligation to hold UST Global harmless, Subcontractor shall, at its option and expense, procure for UST Global the right to continue using the affected Deliverables or replace or modify the same so that it becomes non-infringing. If Subcontractor determines that neither of the foregoing is commercially practicable, Subcontractor shall refund the Fees paid for the Deliverables affected by such infringement. The provisions of this Section 14(B) are UST Global's sole and exclusive remedy in the event of any infringement of a U.S. patent, trademark, or copyright right relating to or arising out of the Deliverables.

## 15. Limitation of Liability

EXCEPT WITH RESPECT TO A PARTY'S CONFIDENTIALITY OBLIGATIONS HEREIN AND EXCEPT WITH RESPECT TO AMOUNTS PAYABLE IN CONNECTION WITH A PARTY'S INDEMNIFICATION OBLIGATIONS HEREUNDER, (A) NEITHER PARTY'S LIABILITY FOR DAMAGES HEREUNDER, REGARDLESS OF THE FORM OF ACTION, SHALL EXCEED PER CLAIM AND IN THE AGGREGATE THE TOTAL AMOUNT PAID FOR SERVICES UNDER THE SPECIFIC STATEMENT OF WORK GIVING RISE TO THE LIABILITY; AND (B) NEITHER PARTY WILL BE LIABLE FOR (WHETHER IN CONTRACT, WARRANTY, TORT, PRODUCT LIABILITY OR OTHER THEORY), TO THE OTHER PARTY OR ANY OTHER PERSON OR ENTITY FOR COST OF COVER OR FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, PUNITIVE OR EXEMPLARY DAMAGES ARISING OUT OF THIS AGREEMENT, EVEN IF SUCH PARTY HAS BEEN MADE AWARE OF THE POSSIBILITY OF SUCH DAMAGES. THE PROVISIONS OF THIS SECTION 15 SHALL SURVIVE THE TERMINATION OF THIS AGREEMENT.

## 16. Insurance

UST Global and Subcontractor agree to carry and maintain in force at all times during the term of this Agreement the lines of insurance coverage with minimum policy limits as follows:

A. Workers' Compensation with limits as prescribed by applicable state law and Employer's Liability with minimum policy limits of $1,000,000, per accident, per employee/personnel and in the aggregate;
B. Commercial General Liability with minimum policy limits of $1,000,000, combined single limit bodily injury and property damage, per occurrence and $2,000,000 in the aggregate; and
C. Business Automobile Liability with minimum policy limits of $1,000,000 combined single limit, each accident.
D. Errors and Omissions Liability with minimum policy limits of $2,000,000 per occurrence
E. UST Global and Subcontractor agree to provide to the other certificates of insurance evidencing the aforementioned coverage and limits upon reasonable request.

## 17. Complete Agreement

This Agreement and any Exhibits, Statements of Work, Change Orders or Purchase Orders executed hereunder



sets forth the entire Agreement between the parties and supersedes all contracts, proposals or agreements, whether oral or in writing, and all other negotiations, discussions and conversations, between the parties as of its Effective Date with respect to the subject matter contained in this Agreement. This Agreement may not be altered, amended or modified or any of its provisions waived except in a written document signed by both parties. Subcontractor acknowledges that this Agreement is entered into solely on the basis of the representations contained herein.

### 18. Notices

Notices to UST Global Inc:

UST Global Inc
20 Enterprise, 4th Floor
Aliso Viejo, CA 92656
Attn: Sourcing

With a copy to:

UST Global Inc
20 Enterprise, 4th Floor
Aliso Viejo, CA 92656
Attn: Director, Contract Services

Notices to Subcontractor:

B12 Consulting LLC
15950 Dallas Parkway, Suite 400, Dallas, TX 75248

Attn: Shouvik Bhattacharyya

### 19. Valid Work Authorization

Subcontractor warrants that all Subcontractor Personnel assigned to work in the United States under this Agreement are certified to work in the United States. UST Global shall have the right to audit Subcontractors compliance with this Section 19 and Subcontractor shall cooperate fully with such audit.

### 20. UST Global Client Terms and Conditions

UST Global may be required to have Subcontractor agree to certain terms and conditions in addition to or apart from the Agreement in order for UST Global to use Subcontractor's services to meet UST Global's obligations to a UST Global Client. If Subcontractor is asked to perform work for a UST Global Client on UST Global's behalf and such UST Global Client requires that Subcontractor to be bound to certain terms and conditions, the requisite terms and conditions will be added to the Statement of Work for Subcontractor to review. Such certain terms and conditions will prevail should any conflicts exist with the terms and conditions in the Agreement.

### 21. Publicity

Subcontractor shall not announce or release any information regarding this Agreement or its relationship with UST Global without UST Global's express prior written approval (which may be withheld in UST Global's sole discretion). Subcontractor shall not use any trade name, trademark, service mark or any other information which identifies UST Global in Subcontractor's sales, marketing and publicity activities, including postings to the Internet, interviews with representatives of any written publication, television station or network, or radio station or network without UST Global's express prior written approval. Requests for UST Global written approval pursuant to this section must be submitted via email to pr@ust-global.com.

### 22. Assignment

This Agreement may not be assigned by either party without the prior written consent of the other party. Any assignment without the consent of the other party shall be null and void.

### 23. Waiver

A delay or failure in enforcing any right or remedy afforded hereunder or by law shall not prejudice or operate to waive that right or remedy or any other right or remedy for a future breach of this Agreement, whether of a like or different character.



## 24. Governing Law

This Agreement shall be interpreted and construed under the laws of the State of California, excluding the choice-of-law provisions of such laws. In the event a judicial proceeding is necessary, the sole forum for resolving disputes arising under or relating to this Agreement are the state and federal courts located in the state in which the principal business office of the defendant is located and all related appellate courts, and the parties hereby consent to the jurisdiction of such courts. Such consent shall be binding and inure to the benefit of the permitted assigns of the parties.

**IN WITNESS WHEREOF** the parties hereto have caused this Agreement to be effective as of the Effective Date specified at the beginning of this Agreement.

B12 Consulting LLC

By: _____
Name: Shouvik Bhattacharyya
Title: Co-Founder
Date: Sep 1, 2014

UST GLOBAL INC

By: _____
Name: Charlie Bunten
Title: Senior Director, Contract Services
Date: October 20, 2014



# EXHIBIT A
# FORM OF STATEMENT OF WORK

This Statement of Work ("SOW") is governed by the Subcontractor Master Services Agreement dated Sep 1, 2014 _____ (the "Agreement") between UST Global Inc ("UST Global") and B12 Consulting LLC _____ ("Subcontractor").

1. **SERVICES**

    A. Subcontractor Personnel Name(s): _____
    B. Start Date: _____ End Date: _____ ("SOW Term")
    C. The Work Day for this project is defined as eight (8) hours, or portion thereof, with <u>no authorized overtime</u>.
    D. UST Global Client Name: _____
    E. UST Global Project ID: _____
    F. Subcontractor Personnel is (are) skilled to perform to following Services: _____
    G. Subcontractor Personnel will work in a team environment with UST Global Client personnel at this UST Global Client location: _____
    H. <u>Replacement</u>. If Subcontractor Personnel performing Services under this SOW is (are) no longer able to perform such Services, for whatever reason, Subcontractor must provide resumes for a suitable replacement resource candidate within twelve (12) hours of such resource(s) ceasing to work.
    I. If Subcontractor Personnel is (are) removed due to unsatisfactory performance and/or at the request of UST Global Client within two (2) weeks of the Start Date, Subcontractor will refund UST Global (or credit against monies owed) fifty percent (50%) of the fees paid for Services provided by Subcontractor Personnel unless (i) UST Global is able to find a suitable replacement from another subcontractor within two (2) days or (ii) UST Global Client no longer requires a replacement resource.
    J. <u>Attestation</u>. Subcontractor confirms the following:

                                                                                Subcontractor Initials

| | |
|---|---|
| All Subcontractor Personnel under this SOW have undergone the requisite background checks, as required in the Background Checks section of the Agreement. | _____ |
| All Subcontractor Personnel under this SOW are authorized to provide Services in the United States if work is to be performed in the United States, as required in Immigration section of the Agreement. | _____ |

2. **FEE SCHEDULE**

Fees for performance of the work detailed in this SOW are charged on hourly basis for each Work Day for all services, in addition to all pre-approved expenses, as follows:

   Hourly Rate:                  $_____

Payment and invoicing terms and conditions are as stated in the Agreement.

[If a Conversion Fee is appropriate for this resource, add that detail here. **If not known at this time, this bracket should be deleted in its entirety.**]

3. **ASSUMPTIONS & RISKS**

   • Subcontractor must report the status of work being performed under this SOW to UST Global and Subcontractor must report all issues that arise under this SOW to UST Global.
   • [Any additional assumptions between the parties or risks being assumed. **If none, this bullet should be deleted in its entirety.**]



## 4. ADDITIONAL TERMS & CONDITIONS

If a conflict arises between any additional or different terms and conditions in this SOW and terms and conditions in the Agreement, the terms and conditions of this SOW shall govern the parties' obligations under this SOW.

[Add any UST Global Client Terms & Conditions that must be accepted to work on behalf of UST Global for this UST Global Client. **If none, this bracketed language should be deleted in its entirety.**]

**Acceptance and approval:**

_____        **UST GLOBAL INC**

By: _____        By: _____

Name: _____        Name: _____

Title : _____        Title : _____

Date : _____        Date : _____

*EXAMPLE ONLY*



# EXHIBIT B
# INVOICING PROCEDURE

**Invoicing/Payment for Services Rendered**

B12 Consulting LLC _____ (herein "SUBCONTRACTOR") will invoice UST Global Inc (herein "UST Global") pursuant to this Invoicing Procedure & Timesheet Instructions Exhibit on the 1st and 16th of every month for services rendered to UST Global and/or its client (herein "UST Global Client") for the contracted professional services delivered in the preceding two-week period.

- UST Global shall be responsible for payment of all compensation due to the SUBCONTRACTOR within thirty (30) days of the original invoice submission of the invoice through UST GLOBAL's Invoice Tracking System (herein "ITS") by the SUBCONTRACTOR.
- UST Global will not begin processing payment until SUBCONTRACTOR's invoices have been entered into ITS.
- All SUBCONTRACTOR invoices must be accompanied by a UST Global Client signed and dated timesheet; Subcontractor must follow UST Global's current TIMESHEET INSTRUCTIONS.
- Should SUBCONTRACTOR need to submit more than 2 invoices per month, SUBCONTRACTOR must send "consolidated invoices" semi-monthly or monthly. Each consolidated invoice must include: (1) the name of the SUBCONTRACTOR Resource, (2) the start date of the specified job assignment, (3) the hours worked with the UST Global -approved time sheet attached, (4) SUBCONTRACTOR Rate per hour, (5) an invoice that displays each SUBCONTRACTOR Resource separately with a sub-total, and (6) the total amount due for the invoice.

**Invoice Tracking System Instructions (ITS)**

UST Global utilizes an Invoice Tracking System (ITS) that is designed to completely automate the invoice submission process. This will allow for automated SUBCONTRACTOR invoice routing, electronic approval, and full audit trail, including the status of any invoice submitted and inquiries about any invoice.

SUBCONTRACTOR will be assigned a login. Below are the general steps for getting started. SUBCONTRACTOR questions should be directed to Gail Hyde at gail.hyde@ust-global.com.

1. Login using provided login to this URL: https://invoice.ust-global.com/login.php
2. First click on "My Profile". Please verify that the information is accurate. At this point it is suggested that you change your password.
3. Add the names of the consultants that are to be included on this invoice. To do so:
    a. Click on "My Consultants"
    b. Click on "Add Consultant". You will see this:



Figure 1





Figure 2

    c.  Simply fill out the fields, select the customer this consultant will be working with and set the status to "Enabled" and then click on "Save Consultant". If you want to remove a consultant later then you will simply change the consultant to "Disabled".

4. Follow the instructions below to submit your first invoice.
    a.  First click on "My Invoices". You will see this:





Figure 3

b. Click on "Create New Invoice"
c. Fill in all the fields.



Figure 4

d. "Invoice ID" – this should be a unique ID that you choose. This ID will be used for all future references to this invoice (i.e. inv_20060921_a).
e. "Customer" – you will need a separate invoice for each customer. This is required because each customer could have a different approving manager



 f. "Project ID" – This should be the UST Global Project ID. The system will not accept an invoice without this. Most often it is the same id which is on the contractor's SynergyOne timecard. If you are unable to locate please have your Subcontractor Personnel contact the UST Global project manager for information.
 g. "Billing Start Date" and "Billing End Date" – This is the date range of the invoice; it defaults to the most recent period.
 h. "Comment" – this is any special information that should be conveyed to the Approving Manager or UST Global Accounting.
 i. "Consultant" – select the consultant(s) for this invoice, enter the hours, wage, and a brief description of the work performed. Note that the rate for each consultant will default to the rate determined in step 3(b) above.
 j. "Attach new Invoice" – upload the actual invoice. This can be any spreadsheet or document. UST Global Accounting requires this document.
 k. If you are required to submit timesheets then you will see a place to include those as well. Otherwise, it will not be on your screen.
 l. If you are entitled to submit expense reports then you will see a section to include expenses. This is very rare so you will typically not see this on your invoice creation page.
 m. Please verify the total amount at the bottom is accurate.
 n. Click on "Save" to save your current work or "Submit" to save and submit to UST Global.

That's it! You have now submitted your first invoice. At this point ITS will automatically send an e-mail message to the Approving Manager for the specified customer on your invoice. You should be able to login at any time and see the status of all invoices.

**What do you do if an invoice is rejected?**

Because general accounting rules suggest that you never modify an invoice, you will not be able to simply modify and resubmit an invoice. However, to make correction quicker, we have allowed for the copying of the reject invoice. Note the copy button below:

| 122a | A | Adam Customer A | 2006-06-28 00:00:00 | (Copy) |
| 1222 | A | Adam Customer A | 2006-06-28 00:00:00 | (Copy) |
| 122 | A | Adam Customer A | 2006-06-27 00:00:00 | (Copy) |
| 1 | A | Adam Customer A | 2006-06-19 00:00:00 | (Copy) |
| 123 | A | Adam Customer A | 2006-06-19 00:00:00 | (Copy) |
| 1 | A | Adam Customer A | 2006-06-07 00:00:00 | (Copy) |

| Rejected: | | | Date Rejected | |
| 1 | A | Adam Customer A | 2006-06-07 12:54:48 | (Copy) |
| 1 | A | Adam Customer A | 2006-06-07 12:42:16 | (Copy) |

**Figure 5**

A new invoice will be needed along with a new invoice document (we assume there must be corrections there as well) but otherwise, the rest of the invoice will be intact. Simply make the correction and resubmit. Note that the submission date will reflect the date of the new CORRECT invoice.

**Time Saving Tip**

We have allowed for the copying of previous submitted invoices. This will allow you simply modify a before-uses invoice and then submit as new. See Figure 5 above.



### More questions about a submitted invoice?

The "inquiry" link shown in Figure 6 will open the window shown in Figure 7. It will automatically send an email to the responsible person. Attached to the bottom of the generated email will be a link to the invoice in question.

| Pending Approving Manager: | Vendor | Customer | Dates | Hours | Total | Age | |
|---|---|---|---|---|---|---|---|
| 9523-1 | Subcontractor Name | UST Client Name | 11/01/07 - 11/30/07 | 1 | $690.00 | 357/30 | Inquiry |
| 9280-R | Subcontractor Name | UST Client Name | 08/26/07 - 09/29/07 | 190 | $8550.00 | 287/30 | Inquiry |
| ITA90180 | Subcontractor Name | UST Client Name | 02/16/09 - 02/28/09 | 86 | $5805.00 | 117/30 | Inquiry |

**Figure 6**



**Figure 7**



# EXHIBIT C
## UST Global's Background Check Policy for Subcontractors

**1. Objective**

The objective of this Background Check Policy is to establish the process and requirements for Subcontractor background checks to determine the eligibility of Subcontractor Personnel to provide services to UST Global and its clients.

**2. Scope**

This Background Check Policy covers all Subcontractors providing Subcontractor Personnel to UST Global.

**3. Roles and Responsibilities**

Subcontractor shall conduct the background checks required by this policy prior to presenting anyone to UST Global to perform Services.

**4. Types of Verifications Required**

Subcontractor shall conduct the following background checks within two (2) years prior to Subcontractor Personnel being presented to UST Global to perform Services under a Statement of Work:
- Education – verify all college degrees
- Employment – verify prior employment for past 7 years
- SSN Trace
- Criminal check for all locations revealed in the SSN trace, back 7 years
- National & Federal Criminal databases

**5. Process & Background Check Fees**

Subcontractor will process all background checks required by this policy and any Statement of Work at Subcontractor's sole cost. Subcontractor will attest to UST Global that all Subcontractor Personnel have passed all background checks and e-Verify per the guidelines within this policy.

**6. General Guidelines**

If any of the below discrepancies are discovered, Subcontractor will investigate and resolve prior to presenting the Subcontractor Personnel in question to UST Global.
- any false or misleading statements made regarding prior employment and/or education via employment documents or background authorization;
- any lack of authorization to work in the United States; and/or
- any gaps in employment will need to be explained and documented

**7. Criminal Check Guidelines**

UST Global will not accept Subcontractor Personnel with any of the following discrepancies:
- any felony conviction regardless of type; or
- any of the following misdemeanors if they occurred within the last five (5) years:
  - drug conviction for distribution
  - fraud conviction
  - theft
  - violent acts such as false imprisonment, battery, assault, domestic violence, etc.

**8. I-9 Verification for US**

Subcontractor will ensure that all Subcontractor Personnel presented to UST Global, to perform Services within the United States, have a valid, I-9 on file. Subcontractor shall also participate in e-Verify and process all Subcontractor Personnel presented to UST Global through e-Verify to confirm eligibility to work in the United States. Subcontractor is solely responsible for I-9 verification/re-verification and e-Verify.