EXHIBIT "B"

# INVOICES PENDING FROM UST (SA)

| Date of Invoice | Invoice Number | Invoice Value | Status | Invoice Age in days |
|---|---|---:|---|---:|
| 11/Apr/16 | 30100/UST /CO | $ 510.87 | Invoice Pending | 1620 |
| 11/Apr/16 | 30102/UST /CO | $ 439.80 | Invoice Pending | 1620 |
| 15/Apr/16 | 30104/UST /MX | $ 4,500.00 | Invoice Pending | 1616 |
| 26/Apr/16 | 30106/UST /MX | $ 583.00 | Invoice Pending | 1605 |
| 4/May/16 | 30109 /UST /CO | $ 406.83 | Invoice Pending | 1597 |
| 4/May/16 | 30110/UST /CO | $ 387.15 | Invoice Pending | 1597 |
| 10/May/16 | 30111/UST /MX | $ 7,680.00 | Invoice Pending | 1591 |
| 10/May/16 | 30112/UST /MX | $ 248.85 | Invoice Pending | 1591 |
| 10/May/16 | 30113/UST /MX | $ 113.38 | Invoice Pending | 1591 |
| 3/Jun/16 | 30114/UST /MX | $ 9,600.00 | Invoice Pending | 1567 |
| 11/Jun/16 | 30115/UST /MX | $ 11,280.00 | Invoice Pending | 1559 |
| 28/Jun/16 | 30116/UST /MX | $ 10,560.00 | Invoice Pending | 1542 |
| 28/Jun/16 | 30117/UST /MX | $ 59.61 | Invoice Pending | 1542 |
| 28/Jun/16 | 30118/UST /MX | $ 134.64 | Invoice Pending | 1542 |
| 28/Jun/16 | 30119/UST /MX | $ 20.44 | Invoice Pending | 1542 |
| 28/Jun/16 | 30120/UST /MX | $ 92.22 | Invoice Pending | 1542 |
| 6/Jul/16 | 30121/UST /MX | $ 10,560.00 | Invoice Pending | 1534 |
| 11/Jul/16 | 30122/UST /MX | $ 6,256.68 | Invoice Pending | 1529 |
| 14/Jul/16 | 30123/UST /MX | $ 1,411.05 | Invoice Pending | 1526 |
| 15/Jul/16 | 30124/UST /MX | $ 107.21 | Invoice Pending | 1525 |
| 15/Jul/16 | 30125/UST /MX | $ 148.37 | Invoice Pending | 1525 |
| 15/Jul/16 | 30126/UST /MX | $ 98.58 | Invoice Pending | 1525 |
| 15/Jul/16 | 30127/UST /MX | $ 120.18 | Invoice Pending | 1525 |
| 27/Jul/16 | 30128/UST /MX | $ 11,040.00 | Invoice Pending | 1513 |
| 9/Aug/16 | 30129/UST /MX | $ 2,040.00 | Invoice Pending | 1500 |
| 30/Aug/16 | 30130/UST /MX | $ 10,800.00 | Invoice Pending | 1479 |
| 12/Sep/16 | 30131/UST /MX | $ 7,280.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30132/UST /MX | $ 5,720.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30133/UST /MX | $ 4,680.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30134/UST /MX | $ 5,720.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30135/UST /MX | $ 5,200.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30136/UST /MX | $ 5,200.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30137/UST /MX | $ 6,240.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30138/UST /MX | $ 5,720.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30139/UST /MX | $ 4,160.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30140/UST /MX | $ 5,720.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30141/UST /MX | $ 5,200.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30142/UST /MX | $ 5,720.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30143/UST /MX | $ 6,240.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30144/UST /MX | $ 2,600.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30145/UST /MX | $ 5,720.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30146/UST /MX | $ 4,680.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30147/UST /MX | $ 5,720.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30148/UST /MX | $ 5,200.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30149/UST /MX | $ 5,200.00 | Invoice Pending | 1466 |

| Date | Invoice | | Amount | Status | Ref |
|---|---|---|---:|---|---:|
| 12/Sep/16 | 30150/UST /MX | $ | 6,240.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30151/UST /MX | $ | 5,720.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30152/UST /MX | $ | 5,720.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30153/UST /MX | $ | 5,720.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30154/UST /MX | $ | 5,200.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30155/UST /MX | $ | 6,600.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30156/UST /MX | $ | 5,550.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30157/UST /MX | $ | 6,750.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30158/UST /MX | $ | 6,000.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30159/UST /MX | $ | 6,000.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30160/UST /MX | $ | 7,200.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30161/UST /MX | $ | 6,600.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30162/UST /MX | $ | 6,600.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30163/UST /MX | $ | 6,600.00 | Invoice Pending | 1466 |
| 12/Sep/16 | 30164/UST /MX | | 4800 | Invoice Pending | 1466 |
| 12/Sep/16 | 30165/UST /MX | $ | 6,600.00 | Invoice Pending | 1466 |
| 15/Sep/16 | 30166/UST /MX | $ | 7,200.00 | Invoice Pending | 1463 |
| 15/Sep/16 | 30167/UST /MX | $ | 12,000.00 | Invoice Pending | 1463 |
| 15/Sep/16 | 30169/UST /MX | $ | 4,680.00 | Invoice Pending | 1463 |
| 15/Sep/16 | 30170/UST /MX | $ | 97.17 | Invoice Pending | 1463 |
| 15/Sep/16 | 30171/UST /MX | $ | 110.80 | Invoice Pending | 1463 |
| 15/Sep/16 | 30172/UST /MX | $ | 38.02 | Invoice Pending | 1463 |
| 15/Sep/16 | 30173/UST /MX | $ | 37.70 | Invoice Pending | 1463 |
| 15/Sep/16 | 30174/UST /MX | $ | 30.27 | Invoice Pending | 1463 |
| 15/Sep/16 | 30175/UST /MX | $ | 33.36 | Invoice Pending | 1463 |
| 15/Sep/16 | 30176/UST /MX | $ | 17.78 | Invoice Pending | 1463 |
| 15/Sep/16 | 30177/UST /MX | $ | 210.51 | Invoice Pending | 1463 |
| 27/Sep/16 | 30178/UST /MX | $ | 5,070.00 | Invoice Pending | 1451 |
| 27/Sep/16 | 30179/UST /MX | $ | 1,885.00 | Invoice Pending | 1451 |
| 27/Sep/16 | 30180/UST /MX | $ | 6,375.00 | Invoice Pending | 1451 |
| 29/Sep/16 | 30181/UST /MX | $ | 11,280.00 | Invoice Pending | 1449 |
| 5/Oct/16 | 30182/UST /MX | $ | 5,200.00 | Invoice Pending | 1443 |
| 5/Oct/16 | 30183/UST /MX | $ | 5,200.00 | Invoice Pending | 1443 |
| 6/Oct/16 | 30184/UST /MX | $ | 6,000.00 | Invoice Pending | 1442 |
| 7/Oct/16 | 30185/UST /MX | $ | 6,256.68 | Invoice Pending | 1441 |
| 11/Oct/16 | 30186/UST /MX | $ | 199.78 | Invoice Pending | 1437 |
| 11/Oct/16 | 30187/UST /MX | $ | 11,280.00 | Invoice Pending | 1437 |
| 19/Oct/16 | 30188/UST /MX | $ | 6,000.00 | Invoice Pending | 1429 |
| 19/Oct/16 | 30189/UST /MX | $ | 5,200.00 | Invoice Pending | 1429 |
| 21/Oct/16 | 30190/UST /MX | $ | 5,200.00 | Invoice Pending | 1427 |
| 31/Oct/16 | 30191/UST /MX | $ | 8,160.00 | Invoice Pending | 1417 |
| 10/Nov/16 | 30192/UST /MX | $ | 6,600.00 | Invoice Pending | 1407 |
| 10/Nov/16 | 30193/UST /MX | $ | 5,720.00 | Invoice Pending | 1407 |
| 10/Nov/16 | 30194/UST /MX | $ | 5,200.00 | Invoice Pending | 1407 |
| 16/Nov/16 | 30195/UST /MX | $ | 10,800.00 | Invoice Pending | 1401 |
| 23/Nov/16 | 30196/UST /MX | $ | 1,560.00 | Invoice Pending | 1394 |
| 23/Nov/16 | 30197/UST /MX | $ | 5,200.00 | Invoice Pending | 1394 |

| Date | Invoice | | Amount | Status | Ref |
|---|---|---|---:|---|---:|
| 23/Nov/16 | 30198/UST /MX | $ | 6,000.00 | Invoice Pending | 1394 |
| 29/Nov/16 | 30199/UST /MX | $ | 8,040.00 | Invoice Pending | 1388 |
| 29/Nov/16 | 30200/UST /MX | $ | 136.54 | Invoice Pending | 1388 |
| 29/Nov/16 | 30201/UST /MX | $ | 264.00 | Invoice Pending | 1388 |
| 29/Nov/16 | 30202/UST /MX | $ | 150.35 | Invoice Pending | 1388 |
| 29/Nov/16 | 30203/UST /MX | $ | 196.51 | Invoice Pending | 1388 |
| 29/Nov/16 | 30204/UST /MX | $ | 123.71 | Invoice Pending | 1388 |
| 29/Nov/16 | 30205/UST /MX | $ | 116.41 | Invoice Pending | 1388 |
| 29/Nov/16 | 30206/UST /MX | $ | 300.02 | Invoice Pending | 1388 |
| 29/Nov/16 | 30207/UST /MX | $ | 161.13 | Invoice Pending | 1388 |
| 29/Nov/16 | 30208/UST /MX | $ | 176.59 | Invoice Pending | 1388 |
| 29/Nov/16 | 30209/UST /MX | $ | 17.17 | Invoice Pending | 1388 |
| 29/Nov/16 | 30210/UST /MX | $ | 78.29 | Invoice Pending | 1388 |
| 29/Nov/16 | 30211/UST /MX | $ | 132.25 | Invoice Pending | 1388 |
| 29/Nov/16 | 30212/UST /MX | $ | 226.00 | Invoice Pending | 1388 |
| 6/Dec/16 | 30214/UST /MX | $ | 6,000.00 | Invoice Pending | 1381 |
| 14/Dec/16 | 30215/UST /MX | $ | 8,280.00 | Invoice Pending | 1373 |
| 14/Dec/16 | 30216/UST /MX | $ | 4,940.00 | Invoice Pending | 1373 |
| 27/Dec/16 | 30218/UST /MX | $ | 5,400.00 | Invoice Pending | 1360 |
| 27/Dec/16 | 30219/UST /MX | $ | 5,200.00 | Invoice Pending | 1360 |
| 29/Dec/16 | 30220/UST /MX | $ | 9,960.00 | Invoice Pending | 1358 |
| 4/Jan/17 | 30221/UST /MX | $ | 5,400.00 | Invoice Pending | 1352 |
| 4/Jan/17 | 30222/UST /MX | $ | 6,256.68 | Invoice Pending | 1352 |
| 5/Jan/17 | 30223/UST /MX | $ | 5,200.00 | Invoice Pending | 1351 |
| 10/Jan/17 | 30224/UST /MX | $ | 6,840.00 | Invoice Pending | 1346 |
| 26/Jan/17 | 30225/UST /MX | $ | 6,000.00 | Invoice Pending | 1330 |
| 26/Jan/17 | 30226/UST /MX | $ | 5,200.00 | Invoice Pending | 1330 |
| 10/Feb/17 | 30227/UST /MX | $ | 7,200.00 | Invoice Pending | 1315 |
| 10/Feb/17 | 30228/UST /MX | $ | 6,370.00 | Invoice Pending | 1315 |
| 14/Feb/17 | 30229/UST /MX | $ | 3,960.00 | Invoice Pending | 1311 |
| 14/Feb/17 | 30230/UST /MX | $ | 11,760.00 | Invoice Pending | 1311 |
| 28/Feb/17 | 30231/UST /MX | $ | 9,720.00 | Invoice Pending | 1297 |
| 28/Feb/17 | 30232/UST /MX | $ | 5,200.00 | Invoice Pending | 1297 |
| 28/Feb/17 | 30233/UST /MX | $ | 6,000.00 | Invoice Pending | 1297 |
| 3/Mar/17 | 30234/UST /MX | $ | 4,800.00 | Invoice Pending | 1294 |
| 3/Mar/17 | 30235/UST /MX | $ | 814.85 | Invoice Pending | 1294 |
| 3/Mar/17 | 30236/UST /MX | $ | 7,200.00 | Invoice Pending | 1294 |
| 3/Mar/17 | 30237/UST /MX | $ | 16.81 | Invoice Pending | 1294 |
| 3/Mar/17 | 30238/UST /MX | $ | 5,760.00 | Invoice Pending | 1294 |
| 3/Mar/17 | 30239/UST /MX | $ | 9,600.00 | Invoice Pending | 1294 |
| 3/Mar/17 | 30240/UST /MX | $ | 1,575.86 | Invoice Pending | 1294 |
| 3/Mar/17 | 30241/UST /MX | $ | 6,720.00 | Invoice Pending | 1294 |
| 3/Mar/17 | 30242/UST /MX | $ | 3,840.00 | Invoice Pending | 1294 |
| 3/Mar/17 | 30243/UST /MX | $ | 9,600.00 | Invoice Pending | 1294 |
| 3/Mar/17 | 30244/UST /MX | $ | 1,784.78 | Invoice Pending | 1294 |
| 3/Mar/17 | 30245/UST /MX | $ | 8,640.00 | Invoice Pending | 1294 |
| 3/Mar/17 | 30246/UST /MX | $ | 2,880.00 | Invoice Pending | 1294 |

| Date | Invoice | | Amount | Status | Ref |
|---|---|---|---:|---|---:|
| 3/Mar/17 | 30247/UST /MX | $ | 10,560.00 | Invoice Pending | 1294 |
| 3/Mar/17 | 30248/UST /MX | $ | 10,560.00 | Invoice Pending | 1294 |
| 3/Mar/17 | 30249/UST /MX | $ | 2,795.00 | Invoice Pending | 1294 |
| 3/Mar/17 | 30250/UST /MX | $ | 10,560.00 | Invoice Pending | 1294 |
| 3/Mar/17 | 30251/UST /MX | $ | 10,560.00 | Invoice Pending | 1294 |
| 3/Mar/17 | 30252/UST /MX | $ | 10,560.00 | Invoice Pending | 1294 |
| 3/Mar/17 | 30253/UST /MX | $ | 5,280.00 | Invoice Pending | 1294 |
| 3/Mar/17 | 30254/UST /MX | $ | 4,800.00 | Invoice Pending | 1294 |
| 3/Mar/17 | 30255/UST /MX | $ | 9,600.00 | Invoice Pending | 1294 |
| 3/Mar/17 | 30256/UST /MX | $ | 7,680.00 | Invoice Pending | 1294 |
| 3/Mar/17 | 30257/UST /MX | $ | 1,475.00 | Invoice Pending | 1294 |
| 3/Mar/17 | 30258/UST /MX | $ | 1,711.11 | Invoice Pending | 1294 |
| 3/Mar/17 | 30259/UST /MX | $ | 1,668.80 | Invoice Pending | 1294 |
| 5/Mar/17 | 30260/UST /MX | $ | 1,470.38 | Invoice Pending | 1292 |
| 6/Mar/17 | 30261/UST /MX | $ | 1,050.00 | Invoice Pending | 1291 |
| 6/Mar/17 | 30262/UST /MX | $ | 102.64 | Invoice Pending | 1291 |
| 6/Mar/17 | 30263/UST /MX | $ | 1,920.00 | Invoice Pending | 1291 |
| 6/Mar/17 | 30264/UST /MX | $ | 5,400.00 | Invoice Pending | 1291 |
| 9/Mar/17 | 30265/UST /MX | $ | 4,680.00 | Invoice Pending | 1288 |
| 14/Mar/17 | 30266/UST /MX | $ | 1,415.00 | Invoice Pending | 1283 |
| 14/Mar/17 | 30267/UST /MX | $ | 7,800.00 | Invoice Pending | 1283 |
| 5/Apr/17 | 30268/UST /MX | $ | 6,600.00 | Invoice Pending | 1261 |
| 5/Apr/17 | 30269/UST /MX | $ | 6,600.00 | Invoice Pending | 1261 |
| 5/Apr/17 | 30270/UST /MX | $ | 5,200.00 | Invoice Pending | 1261 |
| 5/Apr/17 | 30271/UST /MX | $ | 5,720.00 | Invoice Pending | 1261 |
| 5/Apr/17 | 30272/UST /MX | $ | 7,680.00 | Invoice Pending | 1261 |
| 5/Apr/17 | 30273/UST /MX | $ | 6,720.00 | Invoice Pending | 1261 |
| 6/Apr/17 | 30274/UST /MX | $ | 9,960.00 | Invoice Pending | 1260 |
| 10/Apr/17 | 30275/UST /MX | $ | 1,415.00 | Invoice Pending | 1256 |
| 12/Apr/17 | 30276/UST /MX | $ | 10,560.00 | Invoice Pending | 1254 |
| 14/Apr/17 | 30277/UST /MX | $ | 5,720.00 | Invoice Pending | 1252 |
| 2/May/17 | 30278/ UST /MX | $ | 9,600.00 | Invoice Pending | 1234 |
| 2/May/17 | 30279/ UST /MX | $ | 9,600.00 | Invoice Pending | 1234 |
| 2/May/17 | 30280/UST /MX | $ | 9,600.00 | Invoice Pending | 1234 |
| 2/May/17 | 30281/UST /MX | $ | 4,800.00 | Invoice Pending | 1234 |
| 2/May/17 | 30282/UST /MX | $ | 4,160.00 | Invoice Pending | 1234 |
| 8/May/17 | 30283/UST /MX | $ | 143.25 | Invoice Pending | 1228 |
| 8/May/17 | 30284/UST /MX | $ | 60.69 | Invoice Pending | 1228 |
| 8/May/17 | 30285/UST /MX | $ | 106.35 | Invoice Pending | 1228 |
| 8/May/17 | 30286/UST /MX | $ | 174.32 | Invoice Pending | 1228 |
| 8/May/17 | 30287/UST /MX | $ | 131.27 | Invoice Pending | 1228 |
| 8/May/17 | 30288/UST /MX | $ | 119.96 | Invoice Pending | 1228 |
| 8/May/17 | 30289/UST /MX | $ | 99.09 | Invoice Pending | 1228 |
| 8/May/17 | 30290/UST /MX | $ | 84.33 | Invoice Pending | 1228 |
| 8/May/17 | 30291/UST /MX | $ | 135.49 | Invoice Pending | 1228 |
| 8/May/17 | 30292/UST /MX | $ | 158.23 | Invoice Pending | 1228 |
| 8/May/17 | 30293/UST /MX | $ | 101.72 | Invoice Pending | 1228 |

| Date | Invoice | | Amount | Status | Ref |
|---|---|---|---:|---|---:|
| 8/May/17 | 30294/UST /MX | $ | 150.74 | Invoice Pending | 1228 |
| 8/May/17 | 30295/UST /MX | $ | 180.69 | Invoice Pending | 1228 |
| 8/May/17 | 30296/UST /MX | $ | 108.27 | Invoice Pending | 1228 |
| 8/May/17 | 30297/UST /MX | $ | 151.27 | Invoice Pending | 1228 |
| 9/May/17 | 30298/UST /MX | $ | 1,731.00 | Invoice Pending | 1227 |
| 24/May/17 | 30299/UST /MX | $ | 4,800.00 | Invoice Pending | 1212 |
| 24/May/17 | 30300/UST /MX | $ | 10,560.00 | Invoice Pending | 1212 |
| 24/May/17 | 30301/UST /MX | $ | 5,200.00 | Invoice Pending | 1212 |
| 24/May/17 | 30302/UST /MX | $ | 5,200.00 | Invoice Pending | 1212 |
| 24/May/17 | 30303/UST /MX | $ | 6,000.00 | Invoice Pending | 1212 |
| 24/May/17 | 30304/UST /MX | $ | 6,000.00 | Invoice Pending | 1212 |
| 6/Jun/17 | 30305/UST /MX | $ | 6,720.00 | Invoice Pending | 1199 |
| 6/Jun/17 | 30306/UST /MX | $ | 1,523.00 | Invoice Pending | 1199 |
| 8/Jun/17 | 30307/UST /MX | $ | 7,200.00 | Invoice Pending | 1197 |
| 13/Jun/17 | 30308/UST /MX | $ | 90.00 | Invoice Pending | 1192 |
| 14/Jun/17 | 30309/UST /MX | $ | 6,240.00 | Invoice Pending | 1191 |
| 14/Jun/17 | 30310/ UST /MX | $ | 10,560.00 | Invoice Pending | 1191 |
| 14/Jun/17 | 30311/ UST /MX | $ | 11,520.00 | Invoice Pending | 1191 |
| 30/Jun/17 | 30312/ UST /MX | $ | 10,560.00 | Invoice Pending | 1175 |
| 30/Jun/17 | 30313/UST /MX | $ | 5,720.00 | Invoice Pending | 1175 |
| 30/Jun/17 | 30314/UST /MX | $ | 6,600.00 | Invoice Pending | 1175 |
| 1/Jul/17 | 30315/UST /MX | $ | 6,720.00 | Invoice Pending | 1174 |
| 25/Jul/17 | 30316/ UST /MX | $ | 10,560.00 | Invoice Pending | 1150 |
| 25/Jul/17 | 30317/UST /MX | $ | 5,720.00 | Invoice Pending | 1150 |
| 25/Jul/17 | 30318/UST /MX | $ | 6,600.00 | Invoice Pending | 1150 |
| 28/Jul/17 | 30319/UST /MX | $ | 3,840.00 | Invoice Pending | 1147 |
| 28/Jul/17 | 30320/UST /MX | $ | 8,640.00 | Invoice Pending | 1147 |
| 28/Jul/17 | 30321/UST /MX | $ | 3,345.38 | Invoice Pending | 1147 |
| 28/Jul/17 | 30322/UST /MX | $ | 6,000.00 | Invoice Pending | 1147 |
| 28/Jul/17 | 30323/UST /MX | $ | 5,200.00 | Invoice Pending | 1147 |
| 3/Aug/17 | 30324/ UST /MX | $ | 9,600.00 | Invoice Pending | 1141 |
| 7/Aug/17 | 30325/UST /MX | $ | 10,560.00 | Invoice Pending | 1137 |
| 7/Aug/17 | 30326/UST /MX | $ | 5,720.00 | Invoice Pending | 1137 |
| 9/Aug/17 | 30327/UST /MX | $ | 6,600.00 | Invoice Pending | 1135 |
| 15/Aug/17 | 30329/ UST /MX | $ | 10,560.00 | Invoice Pending | 1129 |
| 21/Aug/17 | 30330/UST /MX | $ | 6,600.00 | Invoice Pending | 1123 |
| 5/Sep/17 | 30331/UST /MX | $ | 7,200.00 | Invoice Pending | 1108 |
| 6/Sep/17 | 30332/ UST /MX | $ | 9,120.00 | Invoice Pending | 1107 |
| 12/Sep/17 | 30333/ UST /MX | $ | 9,000.00 | Invoice Pending | 1101 |
| 20/Sep/17 | 30334/UST /MX | $ | 6,600.00 | Invoice Pending | 1093 |
| 25/Sep/17 | 30335/UST /MX | $ | 9,750.00 | Invoice Pending | 1088 |
| 27/Sep/17 | 30336/UST /MX | $ | 1,040.00 | Invoice Pending | 1086 |
| 11/Oct/17 | 30337/UST /MX | $ | 3,000.00 | Invoice Pending | 1072 |
| 11/Oct/17 | 30338/ UST /MX | $ | 10,560.00 | Invoice Pending | 1072 |
| 11/Oct/17 | 30339/UST /MX | $ | 121.67 | Invoice Pending | 1072 |
| 11/Oct/17 | 30340/UST /MX | $ | 160.25 | Invoice Pending | 1072 |
| 11/Oct/17 | 30341/UST /MX | $ | 184.74 | Invoice Pending | 1072 |

| Date | Invoice | | Amount | Status | Ref |
|---|---|---|---|---|---|
| 11/Oct/17 | 30342/UST /MX | $ | 142.03 | Invoice Pending | 1072 |
| 11/Oct/17 | 30343/UST /MX | $ | 29.83 | Invoice Pending | 1072 |
| 11/Oct/17 | 30344/UST /MX | $ | 102.85 | Invoice Pending | 1072 |
| 11/Oct/17 | 30345/UST /MX | $ | 84.50 | Invoice Pending | 1072 |
| 11/Oct/17 | 30346/UST /MX | $ | 111.78 | Invoice Pending | 1072 |
| 23/Oct/17 | 30347/ UST /MX | $ | 5,760.00 | Invoice Pending | 1060 |

$ 1,129,044.52

# INVOICES PENDING FROM UST (USA)

| Date of Invoice | Invoice Number | Invoice Value | Status | Comments | Invoice Age in days |
|---|---|---|---|---|---|
| 25/Oct/16 | 20134/UST/USTI-DELV-MS-00 | $ 6,305.00 | Invoice Pending | 16th to 30th September 2016 | 1423 |
| 27/Oct/16 | 20135/UST/USTI-DELV-MS-00 | $ 6,106.00 | Invoice Pending | 01st to 15th October 2016 | 1421 |
| 16/Nov/16 | 20140/UST/USTI-DELV-MS-00 | $ 5,590.00 | Invoice Pending | 01st to 15th October 2016 | 1401 |
| 16/Nov/16 | 20141/UST/USTI-DELV-MS-00 | $ 5,720.00 | Invoice Pending | 16th October 2016 to 31st October 2016 | 1401 |
| 16/Nov/16 | 20143/UST/USTI-DELV-MS-00 | $ 6,248.00 | Invoice Pending | 16th October 2016 to 31st October 2016 | 1401 |
| 21/Nov/16 | 20144/UST/USTI-DELV-MS-00 | $ 5,418.00 | Invoice Pending | 01st to 15th October 2016 | 1396 |
| 21/Nov/16 | 20145/UST/USTI-DELV-MS-00 | $ 5,544.00 | Invoice Pending | 16th October 2016 to 31st October 2016 | 1396 |
| 21/Nov/16 | 20146/UST/USTI-DELV-MS-00 | $ 126.00 | Invoice Pending | Additional 02 hours for the week starting 27th June 2016 | 1396 |
| 6/Dec/16 | 20147/UST/USTI-DELV-MS-00 | $ 5,544.00 | Invoice Pending | 01st to 15th November 2016 | 1381 |
| 6/Dec/16 | 20148/UST/USTI-DELV-MS-00 | $ 4,536.00 | Invoice Pending | 16th to 30th November 2016 | 1381 |
| 8/Dec/16 | 20150/UST/USTI-DELV-MS-00 | $ 6,248.00 | Invoice Pending | 01st to 15th November 2016 | 1379 |
| 13/Dec/16 | 20151/UST/USTI-DELV-MS-00 | $ 5,720.00 | Invoice Pending | 01st to 15th November 2016 | 1374 |
| 13/Dec/16 | 20152/UST/USTI-DELV-MS-00 | $ 4,940.00 | Invoice Pending | 16th to 30th November 2016 | 1374 |
| 13/Dec/16 | 20153/UST/USTI-DELV-MS-00 | $ 5,590.00 | Invoice Pending | 01st to 15th October 2016 | 1374 |
| 13/Dec/16 | 20154/UST/USTI-DELV-MS-00 | $ 5,720.00 | Invoice Pending | 16th October 2016 to 31st October 2016 | 1374 |
| 13/Dec/16 | 20155/UST/USTI-DELV-MS-00 | $ 5,720.00 | Invoice Pending | 01st to 15th November 2016 | 1374 |
| 13/Dec/16 | 20156/UST/USTI-DELV-MS-00 | $ 5,200.00 | Invoice Pending | 16th to 30th November 2016 | 1374 |
| 13/Dec/16 | 20157/UST/USTI-DELV-MS-00 | $ 5,396.00 | Invoice Pending | 16th to 30th November 2016 | 1374 |
| 5/Jan/17 | 20164/UST/USTI-DELV-MS-00 | $ 8,840.00 | Invoice Pending | 01st to 15th December 2016 | 1351 |
| 5/Jan/17 | 20165/UST/USTI-DELV-MS-00 | $ 5,850.00 | Invoice Pending | 16th to 30th December 2016 | 1351 |
| 5/Jan/17 | 20166/UST/USTI-DELV-MS-00 | $ 8,580.00 | Invoice Pending | 01st to 15th December 2016 | 1351 |
| 5/Jan/17 | 20167/UST/USTI-DELV-MS-00 | $ 5,850.00 | Invoice Pending | 16th to 30th December 2016 | 1351 |
| 5/Jan/17 | 20168/UST/USTI-DELV-MS-00 | $ 71.00 | Invoice Pending | Invoice for 02nd October 2016 | 1351 |
| 9/Jan/17 | 20169/UST/USTI-DELV-MS-00 | $ 8,804.00 | Invoice Pending | 01st to 15th December 2016 | 1347 |
| 9/Jan/17 | 20170/UST/USTI-DELV-MS-00 | $ 7,242.00 | Invoice Pending | 16th to 30th December 2016 | 1347 |
| 13/Jan/17 | 20171/UST/USTI-DELV-MS-00 | $ 5,544.00 | Invoice Pending | 01st to 15th December 2016 | 1343 |
| 13/Jan/17 | 20172/UST/USTI-DELV-MS-00 | $ 5,040.00 | Invoice Pending | 16th to 30th December 2016 | 1343 |
| 2/Feb/17 | 20173/UST/USTI-DELV-MS-00 | $ 4,680.00 | Invoice Pending | 01st to 15th January 2017 | 1323 |
| 6/Feb/17 | 20174/UST/USTI-DELV-MS-00 | $ 5,040.00 | Invoice Pending | 01st to 15th January 2017 | 1319 |
| 15/Feb/17 | 20175/UST/USTI-DELV-MS-00 | $ 5,112.00 | Invoice Pending | 01st to 15th January 2017 | 1310 |
| 15/Feb/17 | 20176/UST/USTI-DELV-MS-00 | $ 7,384.00 | Invoice Pending | 16th to 31st January 2017 | 1310 |
| 15/Feb/17 | 20177/UST/USTI-DELV-MS-00 | $ 4,680.00 | Invoice Pending | 01st to 15th January 2017 | 1310 |
| 15/Feb/17 | 20178/UST/USTI-DELV-MS-00 | $ 7,280.00 | Invoice Pending | 16th to 31st January 2017 | 1310 |
| 17/Feb/17 | 20179/UST/USTI-DELV-MS-00 | $ 6,760.00 | Invoice Pending | 16th to 31st January 2017 | 1308 |
| 6/Mar/17 | 20180/UST/USTI-DELV-MS-00 | $ 5,733.00 | Invoice Pending | 16th to 31st January 2017 | 1291 |
| 6/Mar/17 | 20181/UST/USTI-DELV-MS-00 | $ 5,544.00 | Invoice Pending | 01st to 15th February 2017 | 1291 |
| 9/Mar/17 | 20182/UST/USTI-DELV-MS-00 | $ 6,248.00 | Invoice Pending | 01st to 15th February 2017 | 1288 |
| 18/Mar/17 | 20183/UST/USTI-DELV-MS-00 | $ 6,240.00 | Invoice Pending | 01st to 15th February 2017 | 1279 |
| 18/Mar/17 | 20184/UST/USTI-DELV-MS-00 | $ 4,160.00 | Invoice Pending | 16th to 28th February 2017 | 1279 |
| 18/Mar/17 | 20185/UST/USTI-DELV-MS-00 | $ 6,240.00 | Invoice Pending | 01st to 15th February 2017 | 1279 |
| 18/Mar/17 | 20186/UST/USTI-DELV-MS-00 | $ 4,160.00 | Invoice Pending | 16th to 28th February 2017 | 1279 |
| 21/Mar/17 | 20187/UST/USTI-DELV-MS-00 | $ 4,544.00 | Invoice Pending | 16th to 28th February 2017 | 1276 |
| 21/Mar/17 | 20188/UST/USTI-DELV-MS-00 | $ 6,248.00 | Invoice Pending | 01st to 15th March 2017 | 1276 |
| 4/Apr/17 | 20191/UST/USTI-DELV-MS-00 | $ 5,720.00 | Invoice Pending | 01st to 15th March 2017 | 1262 |
| 4/Apr/17 | 20192/UST/USTI-DELV-MS-00 | $ 6,240.00 | Invoice Pending | 16th to 31st March 2017 | 1262 |
| 4/Apr/17 | 20193/UST/USTI-DELV-MS-00 | $ 6,816.00 | Invoice Pending | 16th to 31st March 2017 | 1262 |
| 4/Apr/17 | 20194/UST/USTI-DELV-MS-00 | $ 5,720.00 | Invoice Pending | 01st to 15th March 2017 | 1262 |
| 11/Apr/17 | 20195/UST/USTI-DELV-MS-00 | $ 6,240.00 | Invoice Pending | 16th to 31st March 2017 | 1255 |
| 21/Apr/17 | 20197/UST/USTI-DELV-MS-00 | $ 5,680.00 | Invoice Pending | 01st to 15th April 2017 | 1245 |
| 21/Apr/17 | 20198/UST/USTI-DELV-MS-00 | $ 6,240.00 | Invoice Pending | 01st to 15th April 2017 | 1245 |
| 5/May/17 | 20199/UST/USTI-DELV-MS-00 | $ 5,200.00 | Invoice Pending | 01st to 15th April 2017 | 1231 |
| 5/May/17 | 20200/UST/USTI-DELV-MS-00 | $ 5,200.00 | Invoice Pending | 16th to 30th April 2017 | 1231 |
| 5/May/17 | 20201/UST/USTI-DELV-MS-00 | $ 5,200.00 | Invoice Pending | 16th to 30th April 2017 | 1231 |
| 10/May/17 | 20202/UST/USTI-DELV-MS-00 | $ 5,680.00 | Invoice Pending | 16th to 30th April 2017 | 1226 |
| 5/May/17 | 20203/UST/USTI-DELV-MS-00 | $ 5,720.00 | Invoice Pending | 01st to 15th May 2017 | 1231 |
| 13/Jun/17 | 20204/UST/USTI-DELV-MS-00 | $ 5,200.00 | Invoice Pending | 16th to 31st May 2017 | 1192 |
| 13/Jun/17 | 20205/UST/USTI-DELV-MS-00 | $ 6,248.00 | Invoice Pending | 01st to 15th May 2017 | 1192 |
| 14/Jun/17 | 20206/UST/USTI-DELV-MS-00 | $ 5,720.00 | Invoice Pending | 16th to 31st May 2017 | 1191 |
| 14/Jun/17 | 20207/UST/USTI-DELV-MS-00 | $ 5,720.00 | Invoice Pending | 16th to 31st May 2017 | 1191 |
| 15/Jun/17 | 20208/UST/USTI-DELV-MS-00 | $ 6,248.00 | Invoice Pending | 16th to 31st May 2017 | 1190 |
| 21/Jun/17 | 20209/UST/USTI-DELV-MS-00 | $ 6,248.00 | Invoice Pending | 01st to 15th June 2017 | 1184 |
| 21/Jun/17 | 20210/UST/USTI-DELV-MS-00 | $ 4,221.00 | Invoice Pending | 16th to 28th February 2017 | 1184 |
| 21/Jun/17 | 20211/UST/USTI-DELV-MS-00 | $ 5,544.00 | Invoice Pending | 01st to 15th March 2017 | 1184 |
| 21/Jun/17 | 20212/UST/USTI-DELV-MS-00 | $ 1,008.00 | Invoice Pending | 16th and 17th March 2017 | 1184 |
| 29/Jun/17 | 20213/UST/USTI-DELV-MS-J0 | $ 7,540.00 | Invoice Pending | 01st June to 15th June 2017 | 1176 |
| 8/Jul/17 | 20214/UST/USTI-DELV-MS-00 | $ 5,720.00 | Invoice Pending | 16th June to 30th June 2017 | 1167 |
| 8/Jul/17 | 20215/UST/USTI-DELV-MS-00 | $ 6,248.00 | Invoice Pending | 16th June to 30th June 2017 | 1167 |

| Date | Invoice # | Amount | Status | Period | Ref |
|---|---|---|---|---|---|
| 25/Jul/17 | 20216/UST/USTI-DELV-MS-00 | $ 7,280.00 | Invoice Pending | 01st June to 15th June 2017 | 1150 |
| 25/Jul/17 | 20217/UST/USTI-DELV-MS-00 | $ 5,720.00 | Invoice Pending | 16th June to 30th June 2017 | 1150 |
| 3/Aug/17 | 20218/UST/USTI-DELV-MS-00 | $ 4,680.00 | Invoice Pending | 01st to 15th July 2017 | 1141 |
| 8/Aug/17 | 20219/UST/USTI-DELV-MS-00 | $ 5,720.00 | Invoice Pending | 16th July to 31st July 2017 | 1136 |
| 8/Aug/17 | 20220/UST/USTI-DELV-MS-00 | $ 4,680.00 | Invoice Pending | 01st to 15th July 2017 | 1136 |
| 8/Aug/17 | 20221/UST/USTI-DELV-MS-00 | $ 5,720.00 | Invoice Pending | 16th July to 31st July 2017 | 1136 |
| 23/Aug/17 | 20222/UST/USTI-DELV-MS-00 | $ 5,112.00 | Invoice Pending | 01st to 15th July 2017 | 1121 |
| 26/Aug/17 | 20223/UST/USTI-DELV-MS-00 | $ 5,680.00 | Invoice Pending | 16th July to 31st July 2017 | 1118 |
| 30/Aug/17 | 20224/UST/USTI-DELV-MS-00 | $ 1,136.00 | Invoice Pending | 16th July to 31st July 2017 | 1114 |
| 8/Sep/17 | 20225/UST/USTI-DELV-MS-00 | $ 5,980.00 | Invoice Pending | 01st to 15th August 2017 | 1105 |
| 14/Sep/17 | 20226/UST/USTI-DELV-MS-00 | $ 5,720.00 | Invoice Pending | 01st to 15th August 2017 | 1099 |
| 14/Sep/17 | 20227/UST/USTI-DELV-MS-00 | $ 6,240.00 | Invoice Pending | 16th to 31st August 2017 | 1099 |
| 14/Sep/17 | 20228/UST/USTI-DELV-MS-00 | $ 6,240.00 | Invoice Pending | 16th to 31st August 2017 | 1099 |
| 19/Sep/17 | 20229/UST/USTI-DELV-MS-00 | $ 6,816.00 | Invoice Pending | 16th to 31st August 2017 | 1094 |
| 3/Oct/17 | 20231/UST/USTI-DELV-MS-00 | $ 4,160.00 | Invoice Pending | 01st to 15th September 2017 | 1080 |
| 4/Oct/17 | 20232/UST/USTI-DELV-MS-00 | $ 5,680.00 | Invoice Pending | 01st to 15th September 2017 | 1079 |
| 9/Oct/17 | 20233/UST/USTI-DELV-MS-00 | $ 5,720.00 | Invoice Pending | 16th to 30th September 2017 | 1074 |
| 9/Oct/17 | 20234/UST/USTI-DELV-MS-00 | $ 6,248.00 | Invoice Pending | 16th to 30th September 2017 | 1074 |
| 10/Oct/17 | 20235/UST/USTI-DELV-MS-00 | $ 4,680.00 | Invoice Pending | 01st to 15th September 2017 | 1073 |
| 10/Oct/17 | 20236/UST/USTI-DELV-MS-00 | $ 5,720.00 | Invoice Pending | 16th to 30th September 2017 | 1073 |

$ 485,798.00