JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| B12 CONSULTING, LLC, | Case No. 8:20-cv-01773-JVS-JDE |
| Plaintiff, | FINAL JUDGMENT |
| vs. | |
| UST GLOBAL INC, | |
| Defendant. | |

This action came for trial on August 23, 2022, in Courtroom 10C of the Ronald Reagan Federal Building and United States Courthouse in Santa Ana, California, the Honorable James V. Selna, United States District Judge for the Central District of California, presiding. Plaintiff B12 Consulting, LLC ("Plaintiff") and Defendant UST Global Inc. ("Defendant") appeared by and through their respective attorneys.

A jury of eight persons was impaneled and sworn to try the action. After a three-day trial and after deliberations, the jury returned a Special Verdict in favor of Plaintiff (Dkt. Nos. 87, 89) and against Defendant on Plaintiff's sole claim, for breach of contract. On this claim, the jury awarded Plaintiff $1,541,142.51. The contents of the jury's Special Verdict, which was filed on August 25, 2022, are hereby incorporated by reference as if set forth fully herein.

Based on the jury's Special Verdict, the Court NOW ORDERS AS FOLLOWS:

1. Judgment is entered in favor of Plaintiff and against Defendant on Plaintiff's claim for breach of contract tried before the jury;

2. Plaintiff shall recover from Defendant the damages awarded by the jury, in the principal amount of $1,541,142.51;

3. Plaintiff shall recover from Defendant pre-judgment interest in the amount of $836,745.09, calculated at a rate of 10% per annum simple interest on the amount awarded in Paragraph 2 above, from the date of breach until August 31, 2022, in accordance with CAL. CIV. CODE § 3289;

4. Plaintiff shall recover its costs from Defendant to the extent ordered by the Court; and

5. Plaintiff shall recover from Defendant post-judgment interest on the amounts awarded in Paragraphs 2, 3, and 4 above, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week before the date the

Court enters judgment in this action, from the date of entry of this Final Judgment until satisfaction in accordance with 28 U.S.C. § 1961 and Cal. Civ. Code § 3289.

**IT IS SO ORDERED.**

Dated: September 17, 2022

Hon. James. V. Selna
United States District Judge