Todd J. Harlow, Esq. [*Admitted Pro Hac Vice*]
tharlow@fbtlaw.com
**FROST BROWN TODD, LLP**
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 580-5844
Facsimile: (214) 545-3473

John W. Shaw, Esq., SBN: 82802
jshaw@sksattorneys.com
Christian A. Carrillo, Esq., SBN: 210962
cac@sksattorneys.com
**SHAW KOEPKE & SATTER, LLP**
105 W. Torrance Boulevard, Suite 106
Redondo Beach, California 90277
Telephone:(310) 373-4445
Facsimile: (310) 373-4440

*Attorneys for Plaintiff*
*B12 Consulting, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| B12 CONSULTING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UST GLOBAL INC,<br><br>Defendant. | Case No. 8:20-cv-01773-JVS-JDE<br><br>**NOTICE OF SATISFACTION AND RELEASE OF JUDGMENT** |

1. On September 17, 2022, Plaintiff B12 Consulting, LLC ("B12") recovered a Judgment against Defendant UST Global Inc. ("UST") in the amount of $2,377,887.60, which sum includes pre-judgment interest accrued as of the date of Final Judgment.

2. UST Global has paid the Judgment, post-Judgment interest, and any recoverable court costs.

WHEREFORE, Plaintiff B12 Consulting, LLC, being the legal owner and holder of the Final Judgment, notifies the Court that the Final Judgment has been paid in full, and hereby **RELEASES** Defendant UST Global Inc. from any further obligations under the Final Judgment.

EXECUTED by B12 Consulting, LLC, by and through its attorney Todd J. Harlow, on this 5TH day of June, 2024.

By: _____
Todd J. Harlow

FROST BROWN TODD LLP
2101 Cedar Springs Rd., Suite 900
Dallas, Texas 75201
Telephone: (214) 580-5844
Tharlow@fbtlaw.com

**ATTORNEY FOR PLAINTIFF
B12 CONSULTING LLC**

STATE OF TEXAS               §
                             §
COUNTY OF DALLAS             §

Todd J. Harlow, attorney for B12 Consulting, LLC, appeared before me on this 5th day of June, 2024, and after being duly sworn executed this Release of Judgment Lien on its behalf.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 5th day of June, 2024.

ANGELE ORTIZ
My Notary ID # 899709
Expires October 11, 2024

_____
Notary Public, State of Texas

0142826.0723438   4889-7937-0943v2